PERRY, J.
This case is before the Court for review of the decision of the Fourth District Court of Appeal in Guzman v. State, 110 So.3d 480, 481 (Fla. 4th DCA 2013). In its decision, the Fourth District certified two questions of'great public importance:
1. DOES GRAHAM V. FLORIDA, 560 U.S. 48, 130 S.Ct. 2011, 176 L.Ed.2d 825 (2010), APPLY TO LENGTHY TERM-OF-YEARS SENTENCES THAT AMOUNT TO DE FACTO LIFE SENTENCES?
2. IF SO, AT WHAT POINT DOES A TERM-OF-YEARS SENTENCE BECOME A DE FACTO LIFE SENTENCE?
Guzman, 110 So.3d at 483. We have jurisdiction. See art. V, § 3(b)(4), Fla. Const.
We have previously answered the first certified question in the affirmative. See Henry v. State, 175 So.3d 675 (Fla.2015); Gridine v. State, 175 So.3d 672 (Fla.2015).
We decline to address the second certified question. Therefore, we discharge jurisdiction in this case.
It is so ordered.
NO MOTION FOR REHEARING WILL BE ALLOWED.
LABARGA, C.J., and LEWIS, QUINCE, CANADY, and POLSTON, JJ„ concur.
PARIENTE, J., concurs with an opinion.